# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR181 |
| | ) | |
| Plaintiff, | ) | ORDER SCHEDULING |
| | ) | RULE 35 HEARING |
| vs. | ) | |
| | ) | |
| CHRISTOPHER W. ARNESON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for a Rule 35 Hearing (Filing No. 38). For good cause shown, the hearing will be scheduled. Counsel for the Defendant has advised the Court that Mr. Arneson has waived his appearance for this matter. Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion for a Rule 35 Hearing (Filing No. 38) is granted; and

2) A hearing pursuant to Federal Rule of Criminal Procedure 35 is hereby scheduled for **Tuesday, September 27, 2005, at 3:30 p.m.**, before the undersigned at the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Courtroom No. 2, Third Floor, Omaha, Nebraska, 68102.

Dated this 23rd day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge